

## COURT OF APPEALS
### EIGHTH DISTRICT OF TEXAS
### EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | No. 08-18-00109-CV |
| IN THE MATTER OF THE ESTATE OF | § | |
| | | Appeal from |
| FRANCIS CASIMIR KAJENCKI, | § | |
| | | Probate Court No. 1 |
| DECEASED | § | |
| | | of El Paso County, Texas |
| | § | |
| | | (TC # 2008-P01293) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of jurisdiction, in accordance with the opinion of this Court. We therefore dismiss the appeal. We further order that this decision be certified below for observance.

IT IS SO ORDERED THIS 31ST DAY OF JULY, 2018.


ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.
Rodriguez, J., not participating